WHEELER, Respondent, v. STATE, Appellant. (Supreme Court, Appellate Division,

Third Department. March 28, 1907.) Action by William W. Wheeler against the state of New York. No opinion. Judgment unanimously affirmed, with costs. See 90 N. Y. Supp. 18.